```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding

OFFICE:   Trenton
JUDGE     Freda L. Wolfson, U.S.D.J.    Date: April 14, 2022

COURT REPORTER: Carol Farrell

TITLE OF CASE:                          Cr. 20-785-01(FLW)


UNITED STATES OF AMERICA

vs.
RAIMUNDO VA
        DEFENDANT PRESENT VIA ZOOM VIDEO

APPEARANCES:

J. Brendan Day, AUSA & R. Joseph Gribko, AUSA for Government
Scott Krasny, Esq. for Defendant
Randi Martorano, U.S. Probation Officer
Paula Gold, Spanish Interpreter

NATURE OF PROCEEDINGS: SENTENCING as to Count 1 of the Information.

All parties consented to zoom video proceedings. Order to be filed.
Ordered Interpreter Sworn; Paula Gold, Spanish Interpreter Sworn.
Sentencing: Imprisonment: 33 Months.
No Supervised Release imposed.
Fine Waived.
Special Assessment: $100.00.
Forfeiture Ordered in the sum of $119,049.00. Order to be filed.
Defendant remanded into the custody of the U.S. Marshals.
Parties advised of appeal rights.

TIME COMMENCED: 1:30 P.M.
TIME ADJOURNED: 2:15 P.M.
TOTAL TIME: 45 minutes

                                        s/Jacqueline Merrigan
                                        Deputy Clerk
```